UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN WHITE et al, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY et al, <br><br> Defendants. | CASE NO. C20-841 MJP <br><br> ORDER GRANTING MOTION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES |

Before the Court is Plaintiffs' Motion to Continue Certain Pre-Trial Deadlines. The Court has reviewed the following materials submitted by the parties:

1. Plaintiffs' Motion to Continue Certain Pre-Trial Deadlines (Dkt. No. 18);

2. Defendants' Response (Dkt. No. 19);

3. Plaintiffs' Reply (Dkt. No. 21);

4. The Declaration of Sarah L. Eversole (Dkt. No. 20), and the related record.

Having reviewed these materials, the Court GRANTS Plaintiffs' motion and will provide the Parties with an additional **30 days** for each of the following deadlines:

| Event | Current Date | New Date |
|---|---|---|
| Reports from Expert Witnesses under FRCP 26(a)(2) | December 21, 2020 | January 20, 2021 |
| Deadline to File all Motions related to Discovery | January 20, 2021 | February 19, 2021 |
| Discovery Cutoff | February 19, 2021 | March 21, 2021 |
| Deadline to File All Dispositive Motions | March 22, 2021 | April 20, 2021 |

The clerk is ordered to provide copies of this order to all counsel.

Dated December 28, 2020.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO CONTINUE CERTAIN PRE-TRIAL DEADLINES - 2